41 So.2d 916

**Richard BUTLER, Jr., v. STATE.**

**6 Div. 818.**

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed, motion of appellant.

39 So.2d 54

**Marvin Owen BUTTS v. STATE.**

**8 Div. 708.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

39 So.2d 54

**Marvin BUTTS v. STATE.**

**8 Div. 709.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 54

**Marvin Owen BUTTS v. STATE.**

**8 Div. 710.**

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

38 So.2d 197

**Charles W. (alias J. W.) CAMPBELL v. STATE.**

**5 Div. 258.**

Court of Appeals of Alabama.
Nov. 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

39 So.2d 54

**W. H. CAMPBELL v. CITY OF HUNTSVILLE.**

**8 Div. 705.**

Court of Appeals of Alabama.
Jan. 20, 1949.

Per Curiam.
Appeal dismissed, want of prosecution.